## In re Benjamin Hershon, Deceased.
## Anne Hershon, Appellee, v. Maxine Hershon, Administratrix of Estate of Benjamin Hershon, Deceased, Appellant.

Gen. No. 43,326.

opinion filed June 26, 1946; rehearing denied September 18, 1946; released for publication September 19, 1946. Myer H. Gladstone and Julius Goldfine, for appellant; Ringer, Reinwald & Sostrin, for appellee; Philip E. Ringer and Morris Sostrin, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.